UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 15-1918 AG (JCG) | Date | September 8, 2016 |
|---|---|---|---|
| Title | *Donald Betancourt v. R. Stephenson, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

On March 16, 2015, plaintiff Donald Betancourt ("Plaintiff"), a California prisoner proceeding *pro se*, lodged a civil rights complaint ("Complaint") pursuant to 42 U.S.C. § 1983. [Dkt. No. 1.] On July 25, 2016, the Court screened the Complaint, and found it wanting in several respects. [*See* Dkt. No. 7.] Accordingly, the Court dismissed the Complaint but granted Plaintiff leave to amend within thirty days, *i.e.*, on or before August 24, 2016. [*Id.* at 6-7.] As of today's date, Plaintiff has yet to file a First Amended Complaint.

Accordingly, within **fourteen (14) days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. If Plaintiff files his First Amended Complaint within **fourteen (14) days** of the date of this Order, he need not separately respond to this Order to Show Cause.

**Plaintiff is expressly warned that his failure to timely file a response will be deemed by the Court as consent to the dismissal of this action without prejudice.**

IT IS SO ORDERED.

cc: Parties of Record

|  | 00 : 00 |
|---|---|
| Initials of Clerk | kh |