JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BETANCOURT,<br>        Plaintiff,<br>    v.<br>R. STEPHENSON, *et al.*<br>        Defendants. | Case No. LA CV 15-1918 AG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 21, 2016  _____

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE